UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN BENTLY METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-1815-G (BD) |
| RICARDO DE LOS SANTOS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Plaintiff's claims against Ricardo De Los Santos, the Johnson County Law Enforcement Center, and the Guinn Justice Center are summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). His claims against unnamed state actors for false arrest and malicious prosecution are **STAYED** until the state criminal charges

against plaintiff are finally resolved.  The clerk is instructed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes.  Once the state criminal proceedings against plaintiff are concluded, plaintiff may file a motion to reopen the case.

>    **SO ORDERED**.

August 8, 2012.

>                                                     *C. Joe Fish*
>                                                     _____
>                                                     **A. JOE FISH**
>                                                     **Senior United States District Judge**